**FILED**

August 15, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KOUTKEO THI, )<br>)<br>Defendant. ) | Case No. MAG. 08-0272 KJM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KOUTKEO THI, Case No. MAG. 08-0272 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

X   Bail Posted in the Sum of $ _100,000_

X   Unsecured Appearance Bond _to be replaced by a secured bond in amount of $50,000 w/i 2 weeks secured by brother's property_

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

X   (Other) _Pretrial Services Supervision of Conditions._

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:15 pm.

By _/s/ Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge