FILED
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KOUTKEO THI, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0272 KJM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release KOUTKEO THI, Case No. MAG. 08-0272 KJM, Charge Title 21 USC §§ 846; 841 (a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

X  Bail Posted in the Sum of $ 100,000

X  Unsecured Appearance Bond *to be replaced by a secured bond in amount of $50,000 w/i 2 weeks secured by brother's property*

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

X  (Other) *Pretrial Services Supervision of Condition.*

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on August 15, 2008 at 3:15 pm.

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge